

REPORTER'S RECORD
VOLUME 45 OF 50 VOLUMES
TRIAL COURT CAUSE NO. 588227
COURT OF CRIMINAL APPEALS CASE NO. AP-76,769

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| CARL WAYNE BUNTION | ) | 178TH JUDICIAL DISTRICT |

---

**TRIAL PROCEEDINGS**

---

FILED IN
COURT OF CRIMINAL APPEALS

NOV 14 2012

Louise Pearson, Clerk

On the 6th day of March, 2012, the following proceedings came on to be heard in the above-titled and numbered cause before the Honorable David L. Mendoza, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by stenotype machine; Reporter's Record produced by computer-assisted transcription.

TAMMY L. ADAMS, CSR
OFFICIAL COURT REPORTER
178TH DISTRICT COURT

```
 1                          APPEARANCES

 2   LANCE LONG
     SBOT NO. 12521650
 3   CAROLINE DOZIER
     SBOT NO. 00788045
 4   Assistant District Attorney Harris County
     1201 Franklin, Suite 600
 5   Houston, Texas 77002
     Telephone:  713/755-6916
 6   Attorney for The State of Texas

 7   PHILLIP A. SCARDINO
     SBOT NO. 24066029
 8   Attorney at Law
     1004 Congress Avenue, 3rd Floor
 9   Houston, Texas 77002
     Telephone:  713/229-9292
10   Attorney for Defendant Carl Wayne Buntion

11   JOHN P. KEIRNAN
     SBOT NO. 11185700
12   Attorney at Law
     917 Franklin Street, Suite 550
13   Houston, Texas 77002
     Telephone:  713/236-9700
14   Attorney for Defendant Carl Wayne Buntion

15

16

17

18

19

20

21

22

23

24

25
```

CHRONOLOGICAL INDEX
VOLUME 45 OF 50
TRIAL PROCEEDINGS

March 6, 2012

| | VOL/PAGE |
|---|---|
| Proceedings............................. | 45/4 |
| Hearing................................. | 45/4 |
| Deliberations Continue.................. | 45/11 |
| Verdict................................. | 45/31 |
| Sentencing.............................. | 45/38 |
| Court Reporter's Certification.......... | 45/41 |

KEY WORD INDEX

TAMMY L. ADAMS, CSR
OFFICIAL COURT REPORTER
178TH DISTRICT COURT

1          (The following proceedings were held in
2     the 178th District Court on the 19th floor.)
3          (Open court; defendant not present.)
4          THE COURT:  All right.  This is Cause
5     No. 588227, State of Texas versus Carl Wayne Buntion.
6     The record will reflect today's date is March the 6th
7     2012.  It's about 10:15 a.m.  Counsel for the State
8     and defense are present.  Defendant is in the
9     holdover on another floor.  This is the 178th
10    Criminal District Court, 19th floor.
11         Record will reflect that informally, I
12    set out my understanding of an issue yesterday with
13    the jury.  And it's my understanding counsel for the
14    defense wanted to make a motion concerning the jury
15    foreman in the case and concerning an issue in the
16    case as to several things.  And I'll let both of
17    y'all get on the record.
18         The record will further reflect that
19    informally, I explained to the counsel my impression
20    of what happened yesterday at 5:30, as follows:
21         At 5:30, I sat on the Bench in open
22    court, in the presence of the defendant, defense
23    counsel, counsel for the State and the audience.  I
24    informed the bailiff to bring in the jury, because I
25    was going to retire them for the day and enter a

1 sequestration order, that counsel for the State and I

2 had both discussed in chambers.

3 The plan was to shut it down about

4 5:30, so that arrangements could be made so that the

5 jury could be transported to the local hotel. And

6 the plan was at 5:30 to inform them of that

7 sequestration order and to break them for the

8 evening. Whereupon, I asked the bailiff to bring the

9 jury in.

10 The bailiff went to talk to the jury to

11 bring them in. And then came back in the courtroom

12 and said, "Judge, approach the Bench -- may I

13 approach bench?" "Yes." And told me briefly, "Oh,

14 Judge," something -- and I don't remember exactly,

15 but something of "They may get a verdict if we stay a

16 little longer," or "They're about to get a verdict,"

17 or something like that.

18 Whereupon, I said, "Okay." And I asked

19 both sets of attorneys to approach the bench and

20 informed them exactly as to what the bailiff had just

21 told me 30 seconds before.

22 Whereupon, Court stood in recess. Time

23 passed. Maybe 15 minutes later, the jury buzzed

24 according to everybody's recollection, and Deputy

25 Johnson went to inquire about the buzzer. He did so,

1  came back, and told the Court that, "Judge, it was a
2  misunderstanding, miscommunication."  Something about
3  they thought I was going in for something the first
4  time I went to talk to them or something, but we're
5  not going to have a verdict, or something like that.

6          Fine, so I get on the Bench quarter to
7  6:00.  Mr. Scardino is out of pocket, Mr. Keirnan's
8  in court, Ms. Dozier's in court, Mr. Long's in court,
9  the defendant's in court, and we bring in the jury.
10  And then we bring in the jury.  But before we do
11  that, I tell Deputy Johnson, "I'm going to ask you in
12  front of the lawyers in open court, to tell me just
13  what you told me now about, you know, it was a
14  misunderstanding," whatever.

15          So I asked him and he told me and he
16  said for the first time, "Judge, they say they might
17  need another hour or so, to reach a verdict," or
18  something like that -- some words to that effect.
19  And y'all heard what he said in open court, and it
20  was on the record.  So that's where we are.

21          Now, Deputy Johnson, do you concur with
22  that version of events?

23          THE BAILIFF:  Yes, sir.

24          THE COURT:  Okay.  Now, I can't quote
25  you and you can't quote me, because this is basically

1  what I heard.  And I didn't hear anything untoward.

2  It's just -- it just goes to show that when you go

3  get the bailiff -- get the jury, either bring them in

4  or don't bring them in.  Don't engage in

5  conversations.  Don't talk to the jury.  If they have

6  something they want to say -- tell me, they can put

7  it in writing, have the foreman sign it.

8           This is the state of the record.  So

9  you may proceed, Mr. Keirnan and Mr. Scardino, any

10 motions you may have.

11          MR. KEIRNAN:  Thank you, Your Honor.

12 If it please the Court, the Court is aware and the

13 record is aware that the jury began to deliberate, I

14 say, at approximately 1:30 or 2:00 yesterday,

15 somewhere about that time.  And lunch was brought in

16 to them and they had been deliberating.  And I concur

17 completely with the events as you've stated them into

18 the record as to what happened.

19          However, I interpreted that this jury

20 was not unanimous.  That they're unable to reach a

21 verdict, and it's for those reasons that a sufficient

22 amount of time has passed, that they've been unable

23 to reach a verdict and I ask to move this Court to

24 discharge the jury and enter a life sentence at this

25 time for those reasons.

1    I think, that although they didn't send
2  a note to you.  Through the informal communications
3  they thought they could reach a verdict.  They're
4  unable to reach a verdict and as defense lawyers, we
5  interpret that to be not unanimous.  And once a
6  verdict is not unanimous under the law, they should
7  be disbanded and they should -- the defendant,
8  Mr. Buntion, should receive a life sentence from you
9  by law.

10    The other motion that I make at this
11  time, is the -- the jury foreman, and we know it from
12  the notes is Mr. Curry.  Mr. Curry got on this jury
13  over objections from the defense that he was a
14  disqualified juror by law.  And we did not have any
15  strikes at that time and he was seated by the Court.
16  That was the juror that was seated.

17    Had we had an additional peremptory
18  challenge, we would have struck that juror in
19  intelligently exercising a peremptory challenge,
20  mainly because his brother is a police officer.  And
21  some other relations to law enforcement.

22    So, we now reurge to the Court that our
23  worst nightmare comes true.  A juror that we thought
24  was disqualified, a juror that is -- that we would
25  have exercised a challenge for cause for, is now the

1  jury foreman.  And so we ask that the Court remove

2  the foreman of the jury, remove him, and replace him

3  with an alternate, the first alternate juror, in the

4  interest of justice on behalf of Mr. Buntion, Your

5  Honor.

6          THE COURT:  All right.  And what say

7  the State?

8          MR. LONG:  They haven't even

9  deliberated as long as some witnesses were on the

10  stand.  So there's been no indication of a deadlock.

11  And even if there were, the law would entitle you to

12  give them an Allen charge, and we're nowhere near

13  that -- yes, they do know.  We're nowhere near that

14  point now, at all.

15          And as to the removal of the foreman,

16  the standard of challenges is gone now.  We now have

17  a seated jury, a lawfully seated jury.  The standard

18  for removal of a juror now is whether or not they're

19  disabled and there's no been no evidence of that.

20          THE COURT:  All right.  Thank you.  And

21  one other thing, just so the record is clear.  Your

22  position is that the jury is -- perhaps is

23  deadlocked, the defense position.

24          And Deputy Johnson, from your own

25  words, what did anybody tell, when you first went to

1    bring them in at 5:30?  And who told you what?  Who

2    told you and what -- what did that person tell you?

3                THE BAILIFF:  On the initial entry into

4    the jury room, Judge, the foreman, Mr. Curry, stated

5    that, "Give us a little while longer, we're close

6    to -- to getting -- having a decision."

7                THE COURT:  Okay.  That's what he said?

8                THE BAILIFF:  Yes, sir.

9                THE COURT:  Had you asked him anything

10   before then, or had you just opened the door?

11               THE BAILIFF:  No, sir, I just opened

12   the door.

13               THE COURT:  Okay.  That's it.  Then you

14   came and told me about it.

15               THE BAILIFF:  Then I came and told you

16   about it.

17               THE COURT:  All right.  Then --

18               THE BAILIFF:  Then the second ding

19   came, I went back in.  They inquired to why I

20   initially came in the first time.

21               THE COURT:  Okay.  And what did they

22   say and who said what?

23               THE BAILIFF:  At that time, the

24   foreperson, Mr. Curry, said, "I -- we rang the bell

25   because we wanted to know what you came in for the

1 first time?

2          THE COURT: Okay. Go ahead.

3          THE BAILIFF: And then after that, I

4 asked -- I inquired of Mr. Curry, "How much longer do

5 y'all need?" He said, "Oh, another hour." And he

6 said, "We're just getting ready to make a decision on

7 the first issue." That's what I --

8          THE COURT: Okay. Thank you. Thank

9 you very much.

10          The defense counsel's motions one and

11 two are denied and the objection's overruled. And

12 that concludes this hearing.

13          MR. KEIRNAN: Yes, sir. Thank you,

14 Your Honor.

15          THE COURT: Thank you.

16          THE BAILIFF: And the jury -- Deputy

17 Bronikowski called and the jury sent out another

18 note.

19          THE COURT: Okay. Let's go.

20          (Hearing concluded.)

21          (Open court; defendant not present.)

22          THE COURT: This is Cause No. 588227,

23 State of Texas versus Carl Wayne Buntion.

24          The record will reflect the jury has

25 sent out another note. It's styled at the top, Note

1  Number Three.  It's dated 3/6/12, 10:15 a.m.  Reads

2  as follows:

3            Please allow us to review the history

4  charge sheet for Carl W. Buntion from his first

5  arrest, it looks like, to last.  And then parentheses

6  it says, 14 charges.  Foreman, something Curry and

7  then written Steven Curry.  File dated today's date,

8  10:11 a.m.

9            And my response is:  Dear Jurors --

10  now, was that -- that sheet in evidence?

11            MR. LONG:  There's one admitted by the

12  defense, but it does not include all of his -- it

13  doesn't include the Alabama conviction.  So the one

14  that I used that had all of them, was not admitted.

15  There was one admitted by the defense for the Texas

16  convictions, but it didn't include the first to the

17  last.  So I don't know --

18            THE COURT:  Okay.  Well, there's -- the

19  defense one has 14 cases?  Or does it have 13 and

20  this is the 14th?

21            MR. SCARDINO:  I agree with Mr. Long,

22  we did introduce through S.O. Woods, a sheet that he

23  testified off of.  And it was -- it is in evidence

24  and it has the -- all of his trips, if that's what

25  they're referring -- there's nothing else in the

1 record except that, that would refer to that, that I

2 know of -- that I can remember.

3          They do have all the pen packets with

4 all the trips, including Alabama --

5          THE COURT:  Yeah.

6          MR. SCARDINO:  And they do have all the

7 trips.  They have that again, the ones that we

8 introduced with the disciplinary records on it, also.

9 So they've got -- they've got that in duplicate.  But

10 there is -- I think I know what they're talking

11 about, it's that thing that Woods testified from.

12 It's a -- it's a one-page document that has every

13 trip on it.

14          MR. LONG:  I don't know if they're

15 talking about the one I used in closing, that wasn't

16 admitted, that includes all of them.

17          THE COURT:  Well, let's do this.  Pull

18 both of them, we'll talk about it more on the record.

19 Then I'll give them what --  I'll give them --

20          MR. LONG:  There's only one that was

21 admitted.  Mine was never admitted.

22          THE COURT:  I know.  But -- then don't

23 pull it.  It's a nonissue then in that case.  Go

24 ahead and -- Ms. Adams, find that sheet and we'll

25 talk about it.

1          And the Court stand in recess.

2          Remain seated, please.

3          (Recess.)

4          THE COURT:  Counsel, approach the

5 bench, please.

6          (Bench Conference.)

7          THE COURT:  The record will reflect

8 that Ms. Adams has tendered to the Court, Defense

9 Exhibit No. 19, which is a one-page document, it's

10 styled page 2, Buntion, Carl Wayne, TDC numbers, then

11 a file we noted dates of TDCJ incarceration for

12 Carl Wayne Buntion, AKA Jimmy Lee Pruitt.

13          I didn't count how many entries there

14 are.  But the point is, this is the only document

15 that was admitted concerning 13, 14 arrests,

16 incarcerations, pen trips, convictions, whatever that

17 were in evidence.

18          So I'm going to probably let them have

19 this, and respond:  Dear Jurors:

20          MR. LONG:  Can we put an objection on

21 the record?

22          THE COURT:  Sure.

23          MR. LONG:  Okay.  We object -- oh, you

24 want to finish.  I'm sorry.

25          THE COURT:  No, let's talk about it.

1  That's -- that's another point for being up here.

2  Yeah, I'm inclined to let it in.  So what's your

3  objection?

4                 MR. LONG:  Can I see the note real

5  quick?

6                 THE COURT:  Sure.

7                 MR. SCARDINO:  Judge, if I may respond

8  before he objects.  I don't have a problem with it

9  not going back to them.

10                 THE COURT:  Okay.

11                 MR. SCARDINO:  But the -- but that's

12  the only thing that I -- that we could find that

13  was -- that was sensitive to the question.

14                 THE COURT:  Yeah, because it talks

15  about arrests.  It was convictions.  It was pen

16  packets.

17                 MR. SCARDINO:  Right.  Well, they have

18  all the pen packets and they have all the -- they

19  have all that.

20                 THE COURT:  I might just say literally

21  -- answer it, there's no document concerning 14

22  arrests.

23                 MR. LONG:  That was admitted.

24                 THE COURT:  That was admitted into

25  evidence.

1          MR. LONG:  Because this one's about 14

2 charges and this doesn't have it.  And I don't think

3 --

4          MR. SCARDINO:  Well, it does.  It does,

5 because those are duplicate -- a lot of those are

6 double trips.

7          MS. DOZIER:  Well, it says, first

8 arrest to last.  It doesn't include the Alabama

9 either.

10          MR. LONG:  It says, please allow us to

11 review the history of charge sheet for Carl W.

12 Buntion, from his first arrest to his last.  And in

13 parentheses, 14 charges.  And that's not this

14 document.  This shows some.  It shows arrests, but it

15 doesn't show all the charges.

16          THE COURT:  Okay.

17          MR. LONG:  And it doesn't show first

18 arrest to last.  They have that information back

19 there.

20          MS. DOZIER:  In the form of pen

21 packets.

22          MR. SCARDINO:  Well, if you take them

23 at it, they don't have anything on arrests.  They

24 have convictions.

25          MR. LONG:  Correct.

```
 1                 THE COURT:  Uh-huh.

 2                 MR. SCARDINO:  That may just be

 3   semantics, but there is no such document.

 4                 THE COURT:  We know what they want, but

 5   this isn't it.

 6                 MR. KEIRNAN:  We're not going to object

 7   to their objections, you know.

 8                 MR. SCARDINO:  I don't know.  I'm not

 9   crazy about it going back anyway.  But -- but if they

10   --

11                 THE COURT:  Let's summarize here.

12                 MR. LONG:  Our request is the note say

13   something along the lines of, nothing was admitted

14   that shows a list of all of his arrests from first to

15   last.  To track their language.

16                 MR. KEIRNAN:  Do you agree with that?

17                 MR. SCARDINO:  Yeah, because there's

18   nothing about arrests.

19                 THE COURT:  Okay.  Dear Jurors:  There

20   was no --

21                 MR. SCARDINO:  Single document.

22   Because there are some documents.

23                 MR. LONG:  Single document admitted

24   into evidence.

25                 MS. DOZIER:  Yeah.  There's a summary.
```

1          THE COURT:  I'm going to say, there was

2  no -- there was no charge -- there was no

3  history charge -- well, let's think about this.

4  There was no single --

5          MS. DOZIER:  No summary?

6          THE COURT:  There was no sheet I'm

7  going to refer to.  There was no charge sheet.

8          MR. LONG:  That was admitted into

9  evidence.

10          MR. SCARDINO:  That was admitted into

11  evidence.

12          THE COURT:  I'm going to quote, history

13  charge sheet. There's no history charge sheet for

14  Carl W. Buntion, from his first arrest to last, 14

15  charges, parenthesis, unquote, admitted into

16  evidence -- as an exhibit?  As an exhibit.  Signed,

17  David L. Mendoza, Judge, 178th District Court.

18          File date that, please, right here in

19  the corner.

20          Any objections to this charge -- I

21  mean, to this note on the -- Jury Note Number Four

22  from?  I mean number three.

23          MR. LONG:  None from the State.

24          MR. SCARDINO:  None from the defense,

25  Your Honor.

1          THE COURT:  All right.  Do you waive --
2 does defense waive bringing in Mr. Buntion and
3 bringing the jury in, having me read this note to the
4 jury in open court in his presence and y'all's
5 presence?
6          MR. SCARDINO:  The defense so waives
7 that, Your Honor.
8          THE COURT:  All right.  Thank you.
9          MR. SCARDINO:  We don't object to it.
10          THE COURT:  All right.  Thank you.
11          Record will reflect that the jury's
12 Note Number Three, Court's reviewed it and discussed
13 the issue in open court, and here at bench
14 conference.  And my response to the note is:
15          Dear Jurors:  There was no, quote,
16 history charge sheet for Carl W. Buntion from his
17 first arrest to last, and in parenthesis, 14 charges,
18 close quote, admitted into evidence as an exhibit.
19 Signed, David L. Mendoza, Judge, 178th District
20 Court.  File dated today's date, 10:41 a.m.
21          And, Deputy Johnson, if you would, take
22 it to the jury.
23          And for your records.
24          All right.  Remain seated.  Court
25 stands in recess.

1          MR. KEIRNAN:  Yes, sir.

2          (Bench Conference Concluded.)

3          (Deliberations continued.)

4          MR. SCARDINO:  Yes, sir.

5          THE COURT:  All right.  This is Cause

6  No. 588227.  Today's date is March the 6th, 2012.

7          The jury has sent out a note, Note

8  Number Four, as follows 3/6/12, 11:20 a.m.  May we

9  please get a fresh breath of air to clean our minds,

10  please.  Foreman, Steve Curry, Steve Curry, filed

11  dated 11:23 a.m.

12          I'm going to bring them out in open

13  court and respond:  Yes, but we're going to take a

14  break for lunch as -- while we're at it.  And

15  remember the same instruction, et cetera, et cetera.

16          All right.  Bring out Mr. Buntion and

17  then bring in Mr. -- bring in the jury, including the

18  alternates.

19          Bring in the jury, please.

20          (Jury Panel enters courtroom.)

21          (Open court; defendant and jury panel

22  present.)

23          THE COURT:  Go ahead and file date

24  this, please.

25          Be seated, please.

1          Good morning, members of the jury.

2          JURY PANEL:  Morning.

3          THE COURT:  Mr. Curry, I got Note

4   Number Four.  I'll put Note Number Four on top.

5          JUROR CURRY:  Yes, sir.

6          THE COURT:  And it's file dated March

7   the 6th, 2012, 11:23 a.m.  It's about 11:28 -- I

8   mean, 11:38 a.m. now.  It reads as follows:  3/6/12,

9   11:20 a.m.  May we please get a fresh breath of air

10  to clear our minds, please.  Signed, Foreman, Steven

11  Curry.

12          And my response is:  Dear Jurors, we're

13  going to take a lunch break shortly.  So we'll

14  accommodate the break.  It's going to be at -- out of

15  the building.  So we'll take a lunch break and

16  remember the instructions I gave you yesterday.

17          The sequestration order about not

18  making any kind of independent investigations, not

19  talking about the case even at lunch time.  Remember,

20  just talk about the case when you're deliberating,

21  when all 12 of you are physically present in the jury

22  room.  And don't do any kind of independent

23  investigation of whatever sort or nature.  Also,

24  don't read any newspapers or listen to or watch TV or

25  radio, or any kind of news broadcasts.

1          Just have a good lunch and by the time

2 you get there, it will in 12:00 noon thereabouts.

3 We're going to take a break to about 1:15 or so.  And

4 if you get back before 1:15 or so, and you have

5 another note, we won't be to answer it until after

6 1:15 or so.

7          So have a good lunch and remember the

8 instructions.  And this goes for all the jurors,

9 including the alternates.  Thank you very much.

10          THE BAILIFF:  All rise for the jury.

11          (Jury exits courtroom.)

12          (Lunch recess taken.)

13          THE COURT:  For the record, the jury

14 has sent out Note Number Five.  Before we get into

15 that on the record, could I have defense counsel both

16 sides present in the courtroom?

17          So, remain seated.  Court stand in

18 recess until they get here.

19          I need to talk to the bailiffs, please.

20          Remain seated.

21          (Recess.)

22          (Discussion off the record.)

23          THE COURT:  Bring out Mr. Buntion,

24 please.

25          For the record, I've been back in

chambers dealing with some issues relative to

logistics. It's now about 2:15 p.m. and I'll read

this Note Number Five that the jury sent, when

Mr. Buntion comes in the courtroom.

(Defendant enters courtroom.)

THE COURT: Okay. The jury sent out a

note. It's styled Note Number Five. It's -- reads

as follows: 3/6/2012, 1:35 p.m. Juror, dash --

well, I don't want to mention her name, RM, initials,

needs her mother called to make sure she is picking

up her kids tonight, in the event we do not come up

with a verdict. Their father -- and it names their

father -- needs to be called also, to pick them up.

Leaves a number.

And then it says, Mom, name, work

number, cell number, foreman. Signed by the foreman

of the jury. File dated March 6th, 2012, 1:37 p.m.

I'm going to bring them out and talk to

them about this and say that will be done. But also

I'm going to give them some instructions. It's

2:15 p.m. If they arrive at a verdict by 5:30, fine.

If they don't, that's fine. But I'm not going to

unduly pressure this jury to arrive at a verdict

because of the late hour. And I want to let them

know and everybody in the courtroom to know that.

1          Tomorrow's another day.  And the jury

2 will take however much time is reasonably necessary

3 to resolve the issues that they are charged with

4 deciding.

5          So at this time -- where's Deputy

6 Johnson?  There you are.  Would you bring out the

7 jury, please.

8          Both sides ready?

9          MR. SCARDINO:  Yes, sir.

10          MS. DOZIER:  Yes, Your Honor.

11          MR. KEIRNAN:  Yes, Your Honor.

12          THE COURT:  All right.  Thank you.

13          (Jury Panel enters courtroom.)

14          (Open court; defendant and jury panel

15 present.

16          THE COURT:  Be seated, please.

17          Good afternoon, members of the jury.

18          JURY PANEL:  Good afternoon.

19          THE COURT:  Got a note here, Note

20 Number Five, reads as follows:  3/6/2012, 1:35 p.m.

21 Juror, dash, names the juror, needs her mother called

22 to make sure she is picking up her kids tonight, in

23 the event we do not come up with a verdict.  Their

24 father, names the father, needs to be called also to

25 pick them up, leaves a number.  Mom, I think it says,

1  names the mom, work number, cell number.  Signed

2  Foreman.  File dated, March 6th, 2012, 1:37 p.m.

3         Members of the jury, these folks are

4  going to be called.  And if there's a problem, we'll

5  let you know.  We'll let the juror know.  We'll let

6  the foreman know.  Also, if other folks have similar

7  issues, then write another note.

8         And I'm instructing you right now, that

9  -- letting you know, that you are charged with the

10 responsibility of considering all the evidence and

11 applying the evidence to the law that applies in this

12 case.  But you are also instructed that you'll take

13 as much time as is reasonably necessary to resolve

14 the issues that you need to resolve and that you need

15 to deal with.

16        Now, if that's done by 5:30 today,

17 fine.  If it's not done by 5:30 today, fine.  But at

18 5:30 or so, we're going to -- if you don't have a

19 verdict, we're going to reset the case for further

20 deliberations for tomorrow.  And the same

21 sequestration order that I read to you yesterday will

22 apply.  And I'll do that at the end of the day if, in

23 fact, you don't arrive at a verdict by 5:30.  If you

24 do, fine; if you don't, that's fine, too.

25        But I want all of you to know, if you

1  have similar issues to this juror, let us know.

2  Write another note.  Have the foreman sign it and

3  we'll deal with it, all right?

4            So if you would, continue your

5  deliberations and remember the instructions I gave

6  you.  Thank you.

7            (Jury exits courtroom.)

8            THE BAILIFF:  All rise for the jury.

9            (Jury exits courtroom.)

10            (Deliberations continue.)

11            THE COURT:  Be seated, please.

12            The record will reflect that my

13  response on Note Number Five to the jury is:  Court

14  responded in open court and I initialed it.  File

15  date this, please.  And then give them this note and

16  number four back and remain seated.

17            Court stand in recess until further

18  notice.

19            (Deliberations continue.)

20            (Recess.)

21            THE COURT:  Before the buzz, jury sent

22  out a note, Note Number Six, reads as follows:

23  3/6/12, 3:46 p.m.  May we please have a ten minute

24  recess before entering the courtroom?  We need to

25  compose ourselves briefly.  Thank you.  Signed,

1 foreman. File dated March 6th, 2012, 3:49 p.m. It's
2 been over ten minutes.

3             Dear Jurors: Yes, you may.

4             Any objections to this response?

5             MR. LONG: None from the State.

6             MR. SCARDINO: None from the defense,
7 Your Honor.

8             THE COURT: All right. Thank you.
9 Signed, David L. Mendoza, Judge, 178th District
10 Court. File date this, please. Hand it to the
11 bailiff.

12             MR. SCARDINO: May I address the Court,
13 Your Honor. Are you going to bring them in the
14 courtroom?

15             THE COURT: Yes.

16             MR. SCARDINO: Then I have a motion to
17 make, Your Honor.

18             THE COURT: Okay.

19             MR. SCARDINO: We've been fairly
20 tolerant of -- of all the police presence in the
21 courtroom. We'd ask that one of two things take
22 place. One, if you're going to bring the jurors back
23 in, that the police officers in uniform be removed,
24 or they not be brought back in the courtroom. And
25 the Court can address their 10 minute break in some

```
1  other fashion.  We believe it's intimidating.  It's
2  only for the purposes to intimidate them, being here
3  when they come in and out.
4              And that's my motion.
5              THE COURT:  All right.  Bring in
6  Mr. Buntion, please.  Thank you.
7              And hand this to the bailiff.  One
8  second.
9              Let me have that back, please.
10             THE BAILIFF:  (Tenders document.)
11             (Defendant enters courtroom.)
12             THE COURT:  The jury sent out a note,
13 Note Number Six, dated 3/6/12, 3:46 p.m., as follows:
14 May we please have a 10-minute recess before entering
15 the courtroom.  We need to compose ourselves briefly.
16 Thank you.  Signed, foreman.  File dated, March the
17 6th, 2012, 3:49 p.m.
18             My response is:  Dear Jurors:  Yes, you
19 may.  Signed, David L. Mendoza, Judge, 178th District
20 Court.  Mr. Buntion was not in the courtroom at that
21 time I read it and defense counsel had a request and
22 a motion.
23             Do you care to reiterate it or not?
24             MR. SCARDINO:  Sure.  Mr. Buntion
25 wasn't here when I did it.
```

1          THE COURT:  Okay.

2          MR. SCARDINO:  I made a motion,

3   Mr. Buntion, that the -- if the jury's to be brought

4   back in, just to be released on a break, that the

5   uniformed officer presence in the courtroom be

6   removed.  Or in the alternative, that they be allowed

7   to take a break without being brought back in the

8   courtroom.  And the Judge has yet to rule on that.

9          THE COURT:  Okay.

10         MR. LONG:  We would agree with the

11  second.  I don't see any reason to bring them in the

12  courtroom, as long as the defense doesn't care, the

13  State doesn't care if they just want to go out and

14  take a break.

15         MR. SCARDINO:  That's fine with us,

16  Judge.

17         THE COURT:  Okay.  Well, let's find

18  out what they want to do, besides just a break.  Does

19  that mean go outside?  Any objections to the bailiff

20  asking them what they want to do?

21         MR. SCARDINO:  No objections, Your

22  Honor.

23         MR. LONG:  None from the State.

24         THE COURT:  All right.  Go ahead and

25  ask them what they want to do.  Take a fresh air

1 break or what.

2              MR. SCARDINO:  May I make inquiry to

3 the Court, Your Honor?

4              THE COURT:  Sure.

5              MR. SCARDINO:  Did they send out a

6 verdict form, also.

7              THE COURT:  I haven't seen anything.

8              MR. SCARDINO:  Okay.

9              THE COURT:  I was just called that they

10 had a note and here I am.

11              MR. SCARDINO:  Thank you.

12              THE BAILIFF:  (Tenders note to the

13 Court.)

14              THE COURT:  File date this, please.

15              Jury sent out a note, Note Number

16 Seven, file dated March 6th, 2012, 4:03 p.m.

17              It reads as follows:  3/6/12, 4:03 p.m

18 we have reached a verdict and are ready to proceed.

19 Thank you.  Foreman.

20              All right.  Both sides ready for the

21 jury?

22              MR. SCARDINO:  Yes, sir.

23              MR. KEIRNAN:  Yes, Your Honor.

24              THE COURT:  All right.  Bring them in,

25 please.

1          (Jury Panel enters courtroom.)

2          (Open court; defendant and jury panel

3  present.)

4          THE COURT:  Be seated, please.

5          Good morning, member of the jury.

6          JURY PANEL:  Good morning.

7          THE COURT:  Mr. Curry, has the jury

8  arrived at a verdict?

9          JUROR CURRY:  Yes, we have, Your Honor.

10          THE COURT:  If you would, please stand

11  up and give it to the bailiff.

12          JUROR CURRY:  (Tenders document to the

13  bailiff.)

14          THE BAILIFF:  (Tenders document to the

15  Court.)

16          THE COURT:  Thank you.  You may be

17  seated.

18          Mr. Buntion, please stand up.

19                        **VERDICT**

20          THE COURT:  In Cause No. 588227, State

21  of Texas versus Carl Wayne Buntion, 178th District

22  Court, Harris County, Texas, January term AD, 2012,

23  special issues with forms for your answers are as

24  follows:

25          Special Issue Number One:  Do you find

1 from the evidence beyond a reasonable doubt that the

2 conduct of the defendant, Carl Wayne Buntion, that

3 caused the death of James Irby, was committed

4 deliberately and with the reasonable expectation what

5 the death of James Irby or another would result?

6       "ANSWER: We the jury unanimously find

7 and determine beyond a reasonable doubt that the

8 answer to this special issue is "yes."

9       Signed, Foreman of The Jury, Steven R.

10 Curry.

11       Special Issue Number Two: Do you find

12 from the evidence beyond a reasonable doubt there is

13 a probability that the defendant, Carl Wayne Buntion,

14 would commit criminal acts of violence that would

15 constitute a continuing threat to society?

16       "ANSWER: We the jury unanimously find

17 and determine beyond a reasonable doubt that the

18 answer to this special issue is "yes."

19       Signed, Steven R. Curry, Foreman of the

20 Jury.

21       Special Issue Number Three: Do you

22 find from the evidence beyond a reasonable doubt that

23 the conduct of the defendant, Carl Wayne Buntion, in

24 killing James Irby, was unreasonable in response to

25 provocation, if any, by James Irby.

1          "ANSWER:  We the jury unanimously find

2  and determine beyond a reasonable doubt that the

3  answer to this special issue is "yes."

4          Signed, Steven R. Curry, Foreman of The

5  Jury.

6          In event that the jury has answered all

7  Special Issues, Numbers One, Two -- Number One,

8  Number Two and Number Three in the affirmative and

9  only then shall the jury answer Special Issue Number

10 Four.

11         Special Issue Number Four:  Do you find

12 from the evidence, taking into consideration all of

13 the evidence, including the circumstances of the

14 offense, the defendant's character and background,

15 and the personal moral culpability of the defendant,

16 that there is a sufficient mitigating circumstance or

17 circumstances to warrant that a sentence of life

18 rather than a death sentence be imposed?

19         You are instructed that in answering

20 this special issue, that you shall answer the issue

21 "yes" or "no."  You may not answer this issue "no,"

22 Unless you agree unanimously and you may not answer

23 this issue "yes," unless ten or more of you agree to

24 do so.

25         "ANSWER:  We the jury unanimously find

1   and determine that the answer to this special issue
2   is "no."
3               Signed, Steven Curry, Foreman of The
4   Jury.
5               After the verdict has answered each of
6   the personal issues under the conditions and
7   instructions outlined above, the foreman should sign
8   the verdict form below.
9               Verdict:  We the jury return in open
10  court the above answers to the special issues
11  submitted to us, and the same is our verdict in this
12  case.
13              Signed, Steve Curry, Foreman of The
14  Jury.
15              You may be seated.
16              Does either side wish to have the jury
17  polled in this matter?
18              MR. SCARDINO:  We do, Your Honor.
19              THE COURT:  All right.  Members of the
20  jury, at this time the clerk will call your name and
21  number.  If this is your individual verdict, please
22  answer "yes."  If it is not, please answer "no."
23              THE CLERK:  Number One, Kristi
24  Kotsatos?
25              JUROR KOTSATOS:  Yes.

THE CLERK:  Number Two, Valerie Gouan?

JUROR GOUAN:  Yes.

THE CLERK:  Number Three, Kimberly Roberts?

JUROR ROBERTS:  Yes.

THE CLERK:  Number Four, Robert Holly?

JUROR HOLLY:  Yes.

THE CLERK:  Number Five, Danny Richnow?

JUROR RICHNOW:  Yes.

THE CLERK:  Number Six, Shirley Weiss?

JUROR WEISS:  Yes.

THE CLERK:  Number Seven, Raven McGhee?

JUROR MCGHEE:  Yes.

THE CLERK:  Number Eight, Julie Otermat?

JUROR OTERMAT:  Yes.

THE CLERK:  Number Nine, Julianne Turek?

JUROR TUREK:  Yes.

THE CLERK:  Number Ten, Steven Curry?

JUROR CURRY:  Yes.

THE CLERK:  Number 11, Amy Bogner?

JUROR BOGNER:  Yes.

THE CLERK:  And Number 12, Geri Patterson?

1          JUROR PATTERSON:  Yes.

2          THE COURT:  The verdict of the jury is

3   received by the Court.  Anything further before the

4   jury is dismissed, by either side?

5          MS. DOZIER:  No, Your Honor.

6          MR. SCARDINO:  No, Your Honor.

7          THE COURT:  All right.  Thank you.

8          Ladies and gentlemen of the jury, we

9   want to thank you very, very much for your time and

10  your attention.  The time you spent with us over

11  these past several weeks, as we told you when we

12  started out in this process, that your service would

13  be appreciated and it would not be an easy thing that

14  you would be asked to do.  But we are certainly

15  thankful for your time and service.

16          You are now released from the

17  admonitions which I'd previously given you.  Which

18  means that you may discuss the case with anyone you

19  choose.  You are also free to refuse to discuss -- or

20  not discuss the case with anyone you choose.  That's

21  your business.

22          Oftentimes in a trial of this nature or

23  any trial is conducted, sometimes after the trial's

24  conducted, attorneys for either side can ask

25  questions about certain issues in the case.  You're

free to talk to them, you're free not talk to them.
That's certainly your right.

        I know that for some of you, if not all
you, it has been an inconvenience to take time out
from your schedule out of your daily lives, your work
responsibilities, your family obligations, in order
to serve as jurors in this case. But I think you can
see and I hope you can appreciate why we need this
system. It's one of the best systems that we have.
And that while it is an inconvenience, I suggest to
you that it is a necessary convenience to the
administration of justice and we certainly thank you.

        At this time, I'm going to ask you to
return to the jury room. Please place your badges on
the table in the jury room. I'll be back in the jury
room with you in a few minutes to discharge you.

        At this time, I'm going to ask the
bailiff to go ahead and take you to the jury room.

        THE BAILIFF: All rise for the jury.

        (Jury exits courtroom.)

        THE COURT: Be seated, please.

        I'm going to go into the jury room and
discharge the jury, then I'll be back shortly and
sentence the defendant.

        MR. SCARDINO: The -- may I address the

1 Court, Your Honor?

2              THE COURT:  Yes.

3              MR. SCARDINO:  Are you going to make --

4 if they want to speak to either side, we're available

5 to speak with them.  Are you going to ask them that?

6              THE COURT:  Yes.

7              MR. SCARDINO:  Thank you.

8              THE COURT:  I'm going to ask them if

9 they want to speak to the lawyers, and they're free

10 to stay, they're free to leave; but, yes.

11              MR. SCARDINO:  Thank you, Your Honor.

12              THE COURT:  All right.  Remain seated.

13              The Court stand in recess, briefly.

14              (Recess.)

15              THE COURT:  Be seated, please.

16              Bring out Mr. Buntion.

17              (Defendant enters courtroom.)

18              THE COURT:  Both sides ready?

19              MR. SCARDINO:  Yes, sir.

20              MS. DOZIER:  Yes, Your Honor.

21                      **SENTENCING**

22              THE COURT:  All right.  Mr. Buntion,

23 the jury having returned a verdict of -- in answer to

24 Special Issue Number One of "yes," to Special Issue

25 Number Two, "yes," to Special Issue Number Three,

1  "yes," and to Special Issue Number Four, "no," it now

2  becomes the Court's responsibility to pronounce

3  sentence.

4              It is the order of the Court that you,

5  Carl Wayne Buntion, who has been adjudged to be

6  guilty of the offense of capital murder, and whose

7  punishment has been assessed by a verdict of the jury

8  and judgment of this Court, that death shall be

9  delivered by the Sheriff of Harris County, Texas,

10  immediately to the director of the Institutional

11  Division of the Texas Department of Criminal Justice

12  or any other person legally authorized to receive

13  such convicts.

14              And that you shall be confined in said

15  institutional division, in accordance with the

16  provisions of the law governing the Texas Department

17  of Criminal Justice Institutional Division, until the

18  date of execution is imposed by this Court.

19              At the receipt by this Court of a

20  Mandate of Affirmance from the Court of Criminal

21  Appeals of the State of Texas.  You are here now

22  remanded to the custody of the sheriff's, until he

23  can obey and carry out the directions and

24  instructions of this sentence.

25              Good luck to you, sir.

1          That concludes this hearing.

2          You may be seated.

3          MR. SCARDINO:  May we have just a

4  moment, Your Honor?  We're filling out a couple of

5  forms that the Court has provided.

6          THE COURT:  You may.

7          (Discussion off the record.)

8          THE COURT:  On the record.

9          I want to thank counsel for the State

10 and counsel for defense for a professional

11 presentation of this case.  That's Mr. Lance Long,

12 Ms. Caroline Dozier, Mr. John Casey Keirnan,

13 Mr. Phillip J. Scardino -- J. Phillip Scardino.

14          MR. SCARDINO:  Thank you.

15          THE COURT:  Thank you lady and

16 gentlemen.

17          That concludes this case, Court is

18 adjourned.

19          (Court adjourned.)

20

21

22

23

24

25

1 STATE OF TEXAS

2 COUNTY OF HARRIS

3

4        I, Tammy L. Adams, Official Court Reporter
in and for the 178th District Court of Harris, State
5 of Texas, do hereby certify that the above and
foregoing contains a true and correct transcription
6 of all portions of evidence and other proceedings
requested in writing by counsel for the parties to
7 be included in this volume of the Reporter's Record
in the above-styled and numbered cause, all of which
8 occurred in open court or in chambers and were
reported by me.

9

10        I further certify that this Reporter's
Record of the proceedings truly and correctly
11 reflects the exhibits, if any, offered by the
respective parties.

12

13        I further certify that the total cost for
the preparation of this Reporter's Record is (See
14 Volume 50), and was paid by Harris County.

15

16        WITNESS MY OFFICIAL HAND this the 30th day
of October, 2012.

17

18

19

20                        /s/Tammy L. Adams

21                        Tammy L. Adams, CSR
                         Texas CSR 6101
22                        Official Court Reporter
                         178th District Court
23                        Harris County, Texas
                         1201 Franklin, 19th Floor
24                        Houston, Texas  77002
                         Telephone:  713/755-0880
25                        Expiration:  12/31/14

**/**

/s/Tammy [1]   41/20

**0**

00788045 [1]   2/3
0880 [1]   41/24

**1**

10 [1]   27/25
10-minute [1]   28/14
1004 [1]   2/8
10:11 a.m [1]   12/8
10:15 a.m [2]   4/7 12/1
10:41 a.m [1]   19/20
11 [2]   3/7 35/22
1185700 [1]   2/11
11:20 a.m [2]   20/8 21/9
11:23 a.m [2]   20/11 21/7
11:28 [1]   21/7
11:38 a.m [1]   21/8
12 [8]   12/1 20/8 21/8 21/21
  26/23 28/13 30/17 35/24
12/31/14 [1]   41/25
1201 [2]   2/4 41/23
12521650 [1]   2/2
12:00 [1]   22/2
13 [2]   12/19 14/15
14 [9]   12/6 12/19 14/15
  15/21 16/1 16/13 18/14 19/17
  41/25
14th [1]   12/20
15 [1]   5/23
178TH [10]   1/6 4/2 4/9 18/17
  19/19 27/9 28/19 31/21 41/4
  41/22
19 [1]   14/9
19th [3]   4/2 4/10 41/23
1:15 [3]   22/3 22/4 22/6
1:30 or [1]   7/14
1:35 p.m [2]   23/8 24/20
1:37 [1]   23/17
1:37 p.m [1]   25/2

**2**

2012 [14]   1/18 3/3 4/7 20/6
  21/7 23/8 23/17 24/20 25/2
  27/1 28/17 30/16 31/22 41/16
24066029 [1]   2/7
2:00 [1]   7/14
2:15 p.m [2]   23/2 23/21

**3**

3/6/12 [6]   12/1 20/8 21/8
  26/23 28/13 30/17
3/6/2012 [2]   23/8 24/20
30 [1]   5/21
30th [1]   41/16
31 [1]   3/8
38 [1]   3/9
3:46 p.m [2]   26/23 28/13
3:49 p.m [2]   27/1 28/17
3rd [1]   2/8

**4**

41 [1]   3/10
45 [2]   1/1 3/1
45/11 [1]   3/7
45/31 [1]   3/8
45/38 [1]   3/9
45/4 [2]   3/5 3/6

45/41 [1]   3/10
4:03 p.m [2]   30/16 30/17

**5**

50 [3]   1/1 3/1 41/14
550 [1]   2/12
588227 [5]   1/2 4/5 11/22
  20/6 31/20
5:30 [8]   4/20 4/21 5/4 10/1
  23/21 25/17 25/18 25/23
5:30 to [1]   5/6
5:30 today [1]   25/16

**6**

600 [1]   2/4
6101 [1]   41/21
6916 [1]   2/5
6:00 [1]   6/7
6th [9]   1/18 4/6 20/6 21/7
  23/17 25/2 27/1 28/17 30/16

**7**

713/229-9292 [1]   2/9
713/236-9700 [1]   2/13
713/755-0880 [1]   41/24
713/755-6916 [1]   2/5
76,769 [1]   1/2
77002 [4]   2/5 2/9 2/13 41/24

**9**

917 [1]   2/12
9292 [1]   2/9
9700 [1]   2/13

**A**

a.m [9]   4/7 12/1 12/8 19/20
  20/8 20/11 21/7 21/8 21/9
about [27]   4/7 5/3 5/16 5/25
  6/2 6/13 7/15 10/14 10/16
  13/11 13/15 13/18 13/25
  14/25 15/15 16/1 17/9 17/18
  18/3 21/7 21/17 21/19 21/20
  22/3 23/2 23/19 36/25
above [5]   1/20 34/7 34/10
  41/5 41/7
above-styled [1]   41/7
above-titled [1]   1/20
accommodate [1]   21/14
accordance [1]   39/15
according [1]   5/24
acts [1]   32/14
AD [1]   31/22
Adams [5]   13/24 14/8 41/4
  41/20 41/21
additional [1]   8/17
address [3]   27/12 27/25
  37/25
adjourned [2]   40/18 40/19
adjudged [1]   39/5
administration [1]   37/12
admitted [15]   12/11 12/14
  12/15 13/16 13/21 13/21
  14/15 15/23 15/24 17/13
  17/23 18/8 18/10 18/15 19/18
admonitions [1]   36/17
Affirmance [1]   39/20
affirmative [1]   33/8
after [4]   11/3 22/5 34/5
  36/23
afternoon [2]   24/17 24/18
again [1]   13/7

agree [5]   12/21 17/16 29/10
  33/22 33/23
ahead [5]   11/2 13/24 20/23
  29/24 37/18
air [3]   20/9 21/9 29/25
AKA [1]   14/12
Alabama [3]   12/13 13/4 16/8
all [47]
Allen [1]   9/12
allow [2]   12/3 16/10
allowed [1]   29/6
along [1]   17/13
also [9]   13/8 21/23 23/13
  23/19 24/24 25/6 25/12 30/6
  36/19
alternate [2]   9/3 9/3
alternates [2]   20/18 22/9
alternative [1]   29/6
although [1]   8/1
am [1]   30/10
amount [1]   7/22
Amy [1]   35/22
another [11]   4/9 6/17 11/5
  11/17 11/25 15/1 22/5 24/1
  25/7 26/2 32/5
answer [2]   15/21 22/5 32/8
  32/18 33/3 33/9 33/20 33/21
  33/22 34/1 34/22 34/22 38/23
answered [2]   33/6 34/5
answering [1]   33/19
answers [2]   31/23 34/10
any [14]   7/9 8/14 18/20
  21/18 21/22 21/24 21/25 27/4
  29/11 29/19 32/25 36/23
  39/12 41/11
anybody [1]   9/25
anyone [2]   36/18 36/20
anything [5]   7/1 10/9 16/23
  30/7 36/3
anyway [1]   17/9
AP [1]   1/2
AP-76,769 [1]   1/2
APPEALS [2]   1/2 39/21
APPEARANCES [1]   2/1
applies [1]   25/11
apply [1]   25/22
applying [1]   25/11
appreciate [1]   37/8
appreciated [1]   36/13
approach [4]   5/12 5/13 5/19
  14/4
approximately [1]   7/14
are [23]   4/8 6/20 11/11
  14/14 16/5 16/5 17/22 21/21
  24/3 24/6 25/3 25/9 25/12
  27/13 30/18 31/23 33/19
  36/14 36/16 36/19 38/3 38/5
  39/21
arrangements [1]   5/4
arrest [6]   12/5 16/8 16/12
  16/18 18/14 19/17
arrests [7]   14/15 15/15
  15/22 16/14 16/23 17/14
  17/18
arrive [3]   23/21 23/23 25/23
arrived [1]   31/8
as [28]   4/16 4/20 5/20 7/17
  7/18 8/4 9/9 9/9 9/15 12/2
  18/16 18/16 19/18 20/8 20/14
  21/8 23/8 24/20 25/13 25/13
  26/22 28/13 29/12 29/12

**A**

as... [4] 30/17 31/23 36/11 37/7
ask [10] 6/11 7/23 9/1 27/21 29/25 36/24 37/13 37/17 38/5 38/8
asked [6] 5/8 5/18 6/15 10/9 11/4 36/14
asking [1] 29/20
assessed [1] 39/7
Assistant [1] 2/4
assisted [1] 1/24
attention [1] 36/10
Attorney [6] 2/4 2/6 2/8 2/10 2/12 2/14
attorneys [2] 5/19 36/24
audience [1] 4/23
authorized [1] 39/12
available [1] 38/4
Avenue [1] 2/8
aware [2] 7/12 7/13

**B**

back [16] 5/11 6/1 10/19 15/9 16/18 17/9 22/4 22/25 26/16 27/22 27/24 28/9 29/4 29/7 37/15 37/23
background [1] 33/14
badges [1] 37/14
bailiff [11] 4/24 5/4 5/10 5/20 7/3 27/11 28/7 29/19 31/11 31/13 37/18
bailiffs [1] 22/19
basically [1] 6/25
be [37] 1/19 5/4 5/5 8/5 8/7 17/2 20/25 21/14 22/5 23/13 23/19 24/16 24/24 25/4 26/11 27/23 27/24 29/3 29/4 29/5 29/6 31/4 31/16 33/18 34/15 36/13 36/13 36/14 37/15 37/21 37/23 38/15 39/5 39/8 39/14 40/2 41/7
because [10] 4/22 8/20 10/25 15/14 16/1 16/5 17/17 17/22 23/24
becomes [1] 39/2
been [10] 7/16 7/22 9/10 9/19 22/25 27/2 27/19 37/4 39/5 39/7
before [11] 1/20 5/21 6/10 10/10 15/8 22/4 22/14 26/21 26/24 28/14 36/3
began [1] 7/13
behalf [1] 9/4
being [3] 15/1 28/2 29/7
believe [1] 28/1
bell [1] 10/24
below [1] 34/8
bench [9] 4/21 5/12 5/13 5/19 6/6 14/5 14/6 19/13 20/2
besides [1] 29/18
best [1] 37/9
beyond [6] 32/1 32/7 32/12 32/17 32/22 33/2
Bogner [1] 35/22
both [8] 4/16 5/2 5/19 13/18 22/15 24/8 30/20 38/18
break [12] 5/7 20/14 21/13 21/14 21/15 22/3 27/25 29/4

29/7 29/14 29/18 30/1
breath [2] 20/9 21/9
briefly [4] 5/13 26/25 28/15 38/13
bring [22] 4/24 5/8 5/11 6/9 6/10 7/3 7/4 10/1 20/12 20/16 20/17 20/17 20/19 22/23 23/18 24/6 27/13 27/22 28/5 29/11 30/24 38/16
bringing [2] 19/2 19/3
broadcasts [1] 21/25
Bronikowski [1] 11/17
brother [1] 8/20
brought [4] 7/15 27/24 29/3 29/7
building [1] 21/15
BUNTION [29] 1/6 2/10 2/14 4/5 8/8 9/4 11/23 12/4 14/10 14/12 16/12 18/14 19/2 19/16 20/16 22/23 23/4 28/6 28/20 28/24 29/3 31/18 31/21 32/2 32/13 32/23 38/16 38/22 39/5
business [1] 36/21
buzz [1] 26/21
buzzed [1] 5/23
buzzer [1] 5/25

**C**

call [1] 34/20
called [7] 11/17 23/10 23/13 24/21 24/24 25/4 30/9
came [8] 1/19 5/11 6/1 10/14 10/15 10/19 10/20 10/25
can [9] 7/6 13/2 14/20 15/4 27/25 36/24 37/7 37/8 39/23
can't [2] 6/24 6/25
capital [1] 39/6
care [3] 28/23 29/12 29/13
CARL [16] 1/6 2/10 2/14 4/5 11/23 12/4 14/10 14/12 16/11 18/14 19/16 31/21 32/2 32/13 32/23 39/5
CAROLINE [2] 2/3 40/12
carry [1] 39/23
case [15] 1/2 4/15 4/16 13/23 21/19 21/20 25/12 25/19 34/12 36/18 36/20 36/25 37/7 40/11 40/17
cases [1] 12/19
Casey [1] 40/12
cause [8] 1/2 1/20 4/4 8/25 11/22 20/5 31/20 41/7
caused [1] 32/3
cell [2] 23/16 25/1
certain [1] 36/25
certainly [3] 36/14 37/2 37/12
Certification [1] 3/10
certify [3] 41/5 41/10 41/13
cetera [2] 20/15 20/15
challenge [3] 8/18 8/19 8/25
challenges [1] 9/16
chambers [3] 5/2 23/1 41/8
character [1] 33/14
charge [10] 9/12 12/4 16/11 18/2 18/3 18/7 18/13 18/13 18/20 19/16
charged [2] 24/3 25/9
charges [6] 12/6 16/2 16/13 16/15 18/15 19/17
choose [2] 36/19 36/20

CHRONOLOGICAL [1] 3/1
circumstance [1] 33/16
circumstances [2] 33/13 33/17
clean [1] 20/9
clear [2] 9/21 21/10
clerk [1] 34/20
close [2] 10/5 19/18
closing [1] 13/15
come [3] 23/11 24/23 28/3
comes [2] 8/23 23/4
commit [1] 32/14
committed [1] 32/3
communications [1] 8/2
completely [1] 7/17
compose [2] 26/25 28/15
computer [1] 1/24
computer-assisted [1] 1/24
concerning [4] 4/14 4/15 14/15 15/21
concluded [2] 11/20 20/2
concludes [3] 11/12 40/1 40/17
concur [2] 6/21 7/16
conditions [1] 34/6
conduct [2] 32/2 32/23
conducted [2] 36/23 36/24
conference [3] 14/6 19/14 20/2
confined [1] 39/14
Congress [1] 2/8
consideration [1] 33/12
considering [1] 25/10
constitute [1] 32/15
contains [1] 41/5
continue [4] 3/7 26/4 26/10 26/19
continued [1] 20/3
continuing [1] 32/15
convenience [1] 37/11
conversations [1] 7/5
conviction [1] 12/13
convictions [4] 12/16 14/16 15/15 16/24
convicts [1] 39/13
corner [1] 18/19
correct [2] 16/25 41/5
correctly [1] 41/10
cost [1] 41/13
could [5] 5/4 5/5 8/3 15/12 22/15
counsel [8] 4/7 4/13 4/19 4/23 4/23 5/1 14/4 22/15 28/21 40/9 40/10 41/6
counsel's [1] 11/10
count [1] 14/13
COUNTY [8] 1/5 1/22 2/4 31/22 39/9 41/2 41/14 41/23
couple [1] 40/4
court [63]
Court's [2] 19/12 39/2
courtroom [23] 5/11 20/20 22/11 22/16 23/4 23/5 23/25 24/13 26/7 26/9 26/24 27/14 27/21 27/24 28/11 28/15 28/20 29/5 29/8 29/12 31/1 37/20 38/17
crazy [1] 17/9
criminal [6] 1/2 4/10 32/14 39/11 39/17 39/20
CSR [2] 41/21 41/21
culpability [1] 33/15

**C**

Curry [18]   8/12 8/12 10/4
10/24 11/4 12/6 12/7 20/10
20/10 21/3 21/11 31/7 32/10
32/19 33/4 34/3 34/13 35/20
custody [1]   39/22

**D**

daily [1]   37/5
Danny [1]   35/8
dash [2]   23/8 24/21
date [10]   4/6 12/7 18/18
19/20 20/6 20/23 26/15 27/10
30/14 39/18
dated [11]   12/1 12/7 19/20
20/11 21/6 23/17 25/2 27/1
28/13 28/16 30/16
dates [1]   14/11
David [5]   1/21 18/17 19/19
27/9 28/19
day [5]   1/18 4/25 24/1 25/22
41/16
deadlock [1]   9/10
deadlocked [1]   9/23
deal [2]   25/15 26/3
dealing [1]   23/1
Dear [7]   12/9 14/19 17/19
19/15 21/12 27/3 28/18
death [4]   32/3 32/5 33/18
39/8
deciding [1]   24/4
decision [2]   10/6 11/6
defendant [18]   2/10 2/14 4/3
4/8 4/22 8/7 11/21 20/21
23/5 24/14 28/11 31/2 32/2
32/13 32/23 33/15 37/24
38/17
defendant's [2]   6/9 33/14
defense [19]   4/8 4/14 4/22
8/4 8/13 9/23 11/10 12/12
12/15 12/19 14/8 18/24 19/2
19/6 22/15 27/6 28/21 29/12
40/10
deliberate [1]   7/13
deliberated [1]   9/9
deliberately [1]   32/4
deliberating [2]   7/16 21/20
deliberations [6]   3/7 20/3
25/20 26/5 26/10 26/19
delivered [1]   39/9
denied [1]   11/11
Department [2]   39/11 39/16
Deputy [7]   5/24 6/11 6/21
9/24 11/16 19/21 24/5
determine [4]   32/7 32/17 33/2
34/1
did [8]   5/25 8/14 9/25 10/2
10/21 12/22 28/25 30/5
didn't [4]   7/1 8/1 12/16
14/13
ding [1]   10/18
directions [1]   39/23
director [1]   39/10
disabled [1]   9/19
disbanded [1]   8/7
discharge [3]   7/24 37/16
37/23
disciplinary [1]   13/8
discuss [3]   36/18 36/19
36/20

discussed [2]   5/2 19/12
Discussion [2]   22/22 40/7
dismissed [1]   36/4
disqualified [2]   8/14 8/24
DISTRICT [12]   1/4 1/6 2/4 4/2
4/10 18/17 19/19 27/9 28/19
31/21 41/4 41/22
division [3]   39/11 39/15
39/17
do [26]   6/10 6/21 9/13 11/4
13/3 13/6 13/17 17/16 19/1
21/22 23/11 24/23 25/22
25/24 28/23 29/18 29/20
29/25 31/25 32/11 32/21
33/11 33/24 34/18 36/14 41/5
document [11]   13/12 14/9
14/14 15/21 16/14 17/3 17/21
17/23 28/10 31/12 31/14
documents [1]   17/22
does [7]   12/12 12/19 16/4
16/4 19/2 29/18 34/16
doesn't [7]   12/13 16/2 16/8
16/15 16/17 29/12 29/13
don't [20]   5/14 7/4 7/4 7/5
12/17 13/14 13/22 15/8 16/2
16/23 17/8 19/9 21/22 21/24
23/9 23/22 25/18 25/23 25/24
29/11
done [3]   23/19 25/16 25/17
door [2]   10/10 10/12
double [1]   16/6
doubt [6]   32/1 32/7 32/12
32/17 32/22 33/2
down [1]   5/3
DOZIER [2]   3/23 40/12
Dozier's [1]   6/8
duplicate [2]   13/9 16/5

**E**

each [1]   34/5
easy [1]   36/13
effect [1]   6/18
Eight [1]   35/14
either [6]   7/3 16/9 34/16
36/4 36/24 38/4
else [1]   12/25
end [1]   25/22
enforcement [1]   8/21
engage [1]   7/4
enter [2]   4/25 7/24
entering [2]   26/24 28/14
enters [6]   20/20 23/5 24/13
28/11 31/1 38/17
entitle [1]   9/11
entries [1]   14/13
entry [1]   10/3
et [2]   20/15 20/15
even [3]   9/8 9/11 21/19
evening [1]   5/8
event [3]   23/11 24/23 33/6
events [2]   6/22 7/17
every [1]   13/12
everybody [1]   23/25
everybody's [1]   5/24
evidence [18]   9/19 12/10
12/23 14/7 15/25 17/24 18/9
18/11 18/16 19/18 25/10
25/11 32/1 32/12 32/22 33/12
33/13 41/6
exactly [2]   5/14 5/20
except [1]   13/1

execution [1]   39/18
exercised [1]   8/25
exercising [1]   8/19
exhibit [4]   14/9 18/16 18/16
19/18
exhibits [1]   41/11
exits [4]   22/11 26/7 26/9
37/20
expectation [1]   32/4
Expiration [1]   41/25
explained [1]   4/19

**F**

fact [1]   25/23
fairly [1]   27/19
family [1]   37/6
fashion [1]   28/1
father [4]   23/12 23/13 24/24
24/24
few [1]   37/16
file [14]   12/7 14/11 18/18
19/20 20/23 21/6 23/17 25/2
26/14 27/1 27/10 28/16 30/14
30/16
filed [1]   20/10
filling [1]   40/4
find [11]   13/24 15/12 29/17
31/25 32/6 32/11 32/16 32/22
33/1 33/11 33/25
fine [8]   6/6 23/21 23/22
25/17 25/17 25/24 25/24
29/15
finish [1]   14/24
first [15]   6/3 6/16 9/3 9/25
10/20 11/1 11/7 12/4 12/16
16/7 16/12 16/17 17/14 18/14
19/17
Five [6]   22/14 23/3 23/7
24/20 26/13 35/8
floor [5]   2/8 4/2 4/9 4/10
41/23
folks [2]   25/3 25/6
following [2]   1/19 4/1
follows [10]   4/20 12/2 20/8
21/8 23/8 24/20 26/22 28/13
30/17 31/24
foregoing [1]   41/5
foreman [24]   4/15 7/7 8/11
9/1 9/2 9/15 10/4 12/6 20/10
21/10 23/16 23/16 25/2 25/6
26/2 27/1 28/16 30/19 32/9
32/19 33/4 34/3 34/7 34/13
foreperson [1]   10/24
form [3]   16/20 30/6 34/8
forms [2]   31/23 40/5
four [9]   18/21 20/8 21/4
21/4 26/16 33/10 33/11 35/6
39/1
Franklin [3]   2/4 2/12 41/23
free [5]   36/19 37/1 37/1
38/9 38/10
fresh [3]   20/9 21/9 29/25
front [1]   6/12
further [6]   4/18 25/19 26/17
36/3 41/10 41/13

**G**

gave [2]   21/16 26/5
gentlemen [2]   36/8 40/16
Geri [1]   35/24
get [12]   4/17 5/15 5/16 6/6

**G**

get... [8]  7/3 7/3 20/9 21/9
  22/2 22/4 22/14 22/18
getting [2]  10/6 11/6
give [7]  9/12 10/5 13/19
  13/19 23/20 26/15 31/11
given [1]  36/17
go [10]  7/2 11/2 11/19 13/23
  20/23 29/13 29/19 29/24
  37/18 37/22
goes [2]  7/2 22/8
going [30]  4/25 6/3 6/5 6/11
  14/18 15/9 17/6 17/9 18/1
  18/7 18/12 20/12 20/13 21/13
  21/14 22/3 23/18 23/20 23/22
  25/4 25/18 25/19 27/13 27/22
  37/13 37/17 37/22 38/3 38/5
  38/8
gone [1]  9/16
good [8]  21/1 22/1 22/7
  24/17 24/18 31/5 31/6 39/25
got [5]  8/12 13/9 13/9 21/3
  24/19
Gouan [1]  35/1
governing [1]  39/16
guilty [1]  39/6

**H**

had [10]  5/2 5/20 7/16 8/17
  8/17 10/9 10/10 12/14 28/21
  30/10
hand [3]  27/10 28/7 41/16
happened [2]  4/20 7/18
HARRIS [9]  1/5 1/22 2/4
  31/22 39/9 41/2 41/4 41/14
  41/23
has [16]  7/22 11/24 12/19
  12/24 13/12 14/8 20/7 22/14
  29/8 31/7 33/6 34/5 37/4
  39/5 39/7 40/5
have [38]  6/5 7/5 7/7 7/10
  8/14 8/18 8/25 9/16 12/19
  13/3 13/6 13/7 14/18 15/8
  15/17 15/18 15/19 16/2 16/18
  16/23 16/24 22/1 22/4 22/7
  22/15 25/6 25/18 26/1 26/2
  26/23 27/16 28/9 28/14 30/18
  31/9 34/16 37/9 40/3
haven't [2]  9/8 30/7
having [3]  10/6 19/3 38/23
he [12]  5/25 6/15 6/15 6/19
  8/13 8/15 10/7 11/5 11/5
  12/22 15/8 39/22
hear [1]  7/1
heard [3]  1/19 6/19 7/1
hearing [4]  3/6 11/12 11/20
  40/1
held [2]  1/21 4/1
her [5]  23/9 23/10 23/11
  24/21 24/22
here [10]  15/1 17/11 18/18
  19/13 22/18 24/19 28/2 28/25
  30/10 39/21
hereby [1]  41/5
him [4]  6/15 9/2 9/2 10/9
his [10]  8/20 12/4 12/12
  12/24 16/12 16/12 17/14
  18/14 19/4 19/16
history [6]  12/3 16/11 18/3
  18/12 18/13 19/16

history charge [1]  18/3
holdover [1]  4/9
Holly [1]  35/6
Honor [21]  7/11 9/5 11/14
  18/25 19/7 24/10 24/11 27/7
  27/13 27/17 29/22 30/3 30/23
  31/9 34/18 36/5 36/6 38/1
  38/11 38/20 40/4
Honorable [1]  1/20
hope [1]  37/8
hotel [1]  5/5
hour [3]  6/17 11/5 23/24
Houston [5]  1/21 2/5 2/9
  2/13 41/24
how [2]  11/4 14/13
however [2]  7/19 24/2
huh [1]  17/1

**I**

I'd [1]  36/17
I'll [8]  4/16 13/19 13/19
  21/4 23/2 25/22 37/15 37/23
I'm [17]  6/11 14/18 14/24
  15/2 17/8 18/1 18/6 18/12
  20/12 23/18 23/20 23/22 25/8
  37/13 37/17 37/22 38/8
I've [1]  22/25
immediately [1]  39/10
imposed [2]  33/18 39/18
impression [1]  4/19
incarceration [1]  14/11
incarcerations [1]  14/16
inclined [1]  36/2
include [4]  12/12 12/13
  12/16 16/8
included [1]  41/7
includes [1]  13/16
including [4]  13/4 20/17 22/9
  33/13
inconvenience [2]  37/4 37/10
independent [2]  21/18 21/22
INDEX [2]  3/1 3/11
indication [1]  9/10
individual [1]  34/21
inform [1]  5/6
informal [1]  8/2
informally [2]  4/11 4/19
information [1]  16/18
informed [2]  4/24 5/20
initial [1]  10/3
initialed [1]  26/14
initially [1]  10/20
initials [1]  23/9
inquire [1]  5/25
inquired [2]  10/19 11/4
inquiry [1]  30/2
institutional [3]  39/10 39/15
  39/17
instructed [2]  25/12 33/19
instructing [1]  25/8
instruction [1]  20/15
instructions [6]  21/16 22/8
  23/20 26/5 34/7 39/24
intelligently [1]  8/19
interest [1]  9/4
interpret [1]  8/5
interpreted [1]  7/19
intimidate [1]  28/2
intimidating [1]  28/1
introduce [1]  12/22
introduced [1]  13/8

investigation [1]  21/23
investigations [1]  21/18
Irby [4]  32/3 32/5 32/24
  32/25
is [59]
isn't [1]  17/5
issue [21]  4/12 4/15 11/7
  19/13 31/25 32/8 32/11 32/18
  32/21 33/3 33/9 33/11 33/20
  33/20 33/21 33/23 34/1 38/24
  38/24 38/25 39/1
issues [10]  23/1 24/3 25/7
  25/14 26/1 31/23 33/7 34/6
  34/10 36/25
it [71]
it's [23]  4/7 4/13 7/2 7/21
  11/25 12/1 13/11 13/12 13/12
  13/23 14/9 21/6 21/7 21/14
  23/2 23/7 23/7 23/20 25/17
  27/1 28/1 28/1 37/9

**J**

James [4]  32/3 32/5 32/24
  32/25
January [1]  31/22
Jimmy [1]  14/12
JOHN [2]  2/11 40/12
Johnson [6]  5/25 6/11 6/21
  9/24 19/21 24/6
Judge [13]  1/21 5/12 5/14
  6/1 6/16 10/4 15/7 18/17
  19/19 27/9 28/19 29/8 29/16
judgment [1]  39/8
JUDICIAL [1]  1/6
Julianne [1]  35/17
Julie [1]  35/14
juror [12]  8/14 8/16 8/18
  8/23 8/24 9/3 9/18 23/8
  24/21 24/21 25/5 26/1
jurors [10]  12/9 14/19 17/19
  19/15 21/12 22/8 27/3 27/22
  28/18 37/7
jury [88]
jury's [2]  19/11 29/3
just [17]  5/20 6/12 7/2 7/2
  9/21 10/10 10/11 11/6 15/20
  17/2 21/20 22/1 29/4 29/13
  29/18 30/9 40/3
justice [4]  9/4 37/12 39/11
  39/17

**K**

KEIRNAN [3]  2/11 7/9 40/12
Keirnan's [1]  6/7
KEY [1]  3/11
kids [2]  23/11 24/22
killing [1]  32/24
Kimberly [1]  35/3
kind [3]  21/18 21/22 21/25
know [21]  6/13 8/11 9/13
  10/25 12/17 13/2 13/10 13/14
  13/22 17/4 17/7 17/8 23/25
  23/25 25/5 25/5 25/6 25/9
  25/25 26/1 37/3
Kotsatos [1]  34/24
Kristi [1]  34/23

**L**

Ladies [1]  36/8
lady [1]  40/15
LANCE [2]  2/2 40/11

**L**

language [1]   17/15
last [8]   12/5 12/17 16/8
  16/12 16/18 17/15 18/14
  19/17
late [1]   23/24
later [1]   5/23
law [9]   2/8 2/12 8/6 8/9
  8/14 8/21 9/11 25/11 39/16
lawfully [1]   9/17
lawyers [4]   6/12 8/4 38/9
leave [1]   38/10
leaves [2]   23/14 24/25
Lee [1]   14/12
legally [1]   39/12
let [9]   4/16 14/18 15/2
  23/24 25/5 25/5 25/5 26/1
  28/9
let's [6]   11/19 13/17 14/25
  17/11 18/3 29/17
letting [1]   25/9
life [3]   7/24 8/8 33/17
like [4]   5/17 6/5 6/18 12/5
lines [1]   17/13
list [1]   17/14
listen [1]   21/24
literally [1]   15/20
little [2]   5/16 10/5
lives [1]   37/5
local [1]   5/5
logistics [1]   23/2
long [5]   2/2 9/9 12/21 29/12
  40/11
Long's [1]   6/8
longer [3]   5/16 10/5 11/4
looks [1]   12/5
lot [1]   16/5
luck [1]   39/25
lunch [8]   7/15 20/14 21/13
  21/15 21/19 22/1 22/7 22/12

**M**

machine [1]   1/23
made [2]   5/4 29/2
mainly [1]   8/20
make [8]   4/14 8/10 11/6
  23/10 24/22 27/17 30/2 38/3
making [1]   21/18
Mandate [1]   39/20
many [1]   14/13
March [10]   1/18 3/3 4/6 20/6
  21/6 23/17 25/2 27/1 28/16
  30/16
March 6th [2]   25/2 30/16
March the [2]   4/6 28/16
matter [1]   34/17
may [23]   5/12 5/15 7/9 7/10
  15/7 17/2 20/8 21/9 26/23
  27/3 27/12 28/14 28/19 30/2
  31/16 33/21 33/22 34/15
  36/18 37/25 40/2 40/3 40/6
Maybe [1]   5/23
McGhee [1]   35/12
me [11]   5/13 5/21 6/12 6/13
  6/15 6/25 7/6 10/14 19/3
  28/9 41/8
mean [4]   18/21 18/22 21/8
  29/19
means [1]   36/18
member [1]   31/5

members [4]   21/1 24/17 25/3
  34/19
Mendoza [5]   1/21 18/17 19/19
  27/9 28/19
mention [1]   23/9
might [2]   6/16 15/20
minds [2]   20/9 21/10
Mine [1]   13/21
minute [3]   26/23 27/25 28/14
minutes [1]   5/23 27/2 37/16
miscommunication [1]   6/2
misunderstanding [2]   6/2 6/14
mitigating [1]   33/16
mom [3]   23/15 24/25 25/1
moment [1]   40/4
moral [1]   33/15
more [2]   13/18 33/23
morning [4]   21/1 21/2 31/5
  31/6
mother [2]   23/10 24/21
motion [6]   4/14 8/10 27/16
  28/4 28/22 29/2
motions [2]   7/10 11/10
move [1]   7/23
Mr [4]   8/12 20/17 31/7 38/22
Mr. [26]   6/7 6/7 6/8 7/9 7/9
  8/8 8/12 9/4 10/4 10/24 11/4
  12/21 19/2 20/16 21/3 22/23
  23/4 28/6 28/20 28/24 29/3
  31/18 38/16 40/11 40/12
  40/13
Mr. Buntion [12]   8/8 9/4 19/2
  20/16 22/23 23/4 28/6 28/20
  28/24 29/3 31/18 38/16
Mr. Curry [5]   8/12 10/4 10/24
  11/4 21/3
Mr. John [1]   40/12
Mr. Keirnan [1]   7/9
Mr. Keirnan's [1]   6/7
Mr. Lance [1]   40/11
Mr. Long [1]   12/21
Mr. Long's [1]   6/8
Mr. Phillip [1]   40/13
Mr. Scardino [2]   6/7 7/9
Ms [2]   14/8 40/12
Ms. [2]   6/8 13/24
Ms. Adams [1]   13/24
Ms. Dozier's [1]   6/8
much [6]   11/4 11/9 22/9 24/2
  25/13 36/9
murder [1]   39/6
my [10]   4/12 4/13 4/19 12/9
  19/14 21/12 26/12 28/4 28/18
  41/16

**N**

name [3]   23/9 23/15 34/20
names [4]   23/12 24/21 24/24
  25/1
nature [2]   21/23 36/22
near [2]   9/12 9/13
necessary [3]   24/2 25/13
  37/11
need [8]   6/17 11/5 22/19
  25/14 25/14 26/24 28/15 37/8
needs [4]   23/10 23/13 24/21
  24/24
never [1]   13/21
news [1]   21/25
newspapers [1]   21/24
nightmare [1]   8/23

Nine [1]   35/17
no [36]   1/2 1/2 2/2 2/3 2/7
  2/11 4/5 9/10 9/19 9/19
  10/11 11/22 14/9 14/25 15/21
  17/3 17/20 18/2 18/2 18/2
  18/4 18/5 18/6 18/7 18/13
  19/15 20/6 29/21 31/20 33/21
  33/21 34/2 34/22 36/5 36/6
  39/1
None [5]   18/23 18/24 27/5
  27/6 29/23
nonissue [1]   13/23
noon [1]   22/2
not [30]   4/3 6/5 7/20 8/5
  8/6 8/14 9/18 11/21 12/12
  12/14 15/9 16/13 17/6 17/8
  21/17 21/18 23/11 23/22
  24/23 25/17 27/24 28/20
  28/23 33/21 33/22 34/22
  36/13 36/20 37/1 37/3
note [34]   8/2 11/18 11/25
  11/25 15/4 17/12 18/21 18/21
  19/3 19/12 19/14 20/7 20/7
  21/3 21/4 22/5 22/14 23/3
  23/7 23/7 24/19 24/19 25/7
  26/2 26/13 26/15 26/22 26/22
  28/12 28/13 30/10 30/12
  30/15 30/15
noted [1]   14/11
notes [1]   8/12
nothing [3]   12/25 17/13
  17/18
notice [1]   26/18
now [17]   6/13 6/21 6/24 8/22
  8/25 9/14 9/16 9/16 9/18
  12/10 21/8 23/2 25/8 25/16
  36/16 39/1 39/25
nowhere [2]   9/12 9/13
number [47]
numbered [1]   1/20 41/7
numbers [2]   14/10 33/7

**O**

obey [1]   39/23
object [3]   14/23 17/6 19/9
objection [2]   14/20 15/3
objection's [1]   11/11
objections [6]   8/13 17/7
  18/20 27/4 29/19 29/21
objects [1]   15/8
obligations [1]   37/6
occurred [1]   41/8
October [1]   41/16
off [3]   12/23 22/22 40/7
offense [2]   33/14 39/6
offered [1]   41/11
officer [2]   8/20 29/5
officers [1]   27/23
Official [3]   41/4 41/16
  41/22
Oftentimes [1]   36/22
oh [3]   5/13 11/5 14/23
Okay [19]   5/18 6/24 10/7
  10/13 10/21 11/2 11/8 11/19
  12/18 14/23 15/10 16/16
  17/19 23/6 27/18 29/1 29/9
  29/17 30/8
once [1]   8/5
one [19]   9/21 11/10 12/11
  12/13 12/15 12/19 13/12
  13/15 13/20 14/9 27/21 27/22

## O

one... [7]   28/7 31/25 33/7
  33/7 34/23 37/9 38/24
one's [1]   16/1
one-page [2]   13/12 14/9
ones [1]   13/7
only [5]   13/20 14/14 15/12
  28/2 33/9
open [14]   4/3 4/21 6/12 6/19
  11/21 19/4 19/13 20/12 20/21
  24/14 26/14 31/2 34/9 41/8
opened [2]   10/10 10/11
order [6]   5/1 5/7 21/17
  25/21 37/6 39/4
Otermat [1]   35/15
other [7]   8/10 8/21 9/21
  25/6 28/1 39/12 41/6
our [5]   8/22 17/12 20/9
  21/10 34/11
ourselves [2]   26/25 28/15
out [26]   4/12 6/7 11/17
  11/25 20/7 20/12 20/16 21/14
  22/14 22/23 23/6 23/18 24/6
  26/22 28/3 28/12 29/13 29/18
  30/5 30/15 36/12 37/4 37/5
  38/16 39/23 40/4
outlined [1]   34/7
outside [1]   29/19
over [3]   8/13 27/2 36/10
overruled [1]   11/11
own [1]   9/24

## P

p.m [12]   23/2 23/8 23/17
  23/21 24/20 25/2 26/23 27/1
  28/13 28/17 30/16 30/17
packets [4]   13/3 15/16 15/18
  16/21
page [4]   3/4 13/12 14/9
  14/10
paid [1]   41/14
panel [6]   20/20 20/21 24/13
  24/14 31/1 31/2
parentheses [2]   12/5 16/13
parenthesis [2]   18/15 19/17
parties [2]   41/6 41/11
passed [2]   5/23 7/22
past [1]   36/11
Patterson [1]   35/25
pen [5]   13/3 14/16 15/15
  15/18 16/20
peremptory [2]   8/17 8/19
perhaps [1]   9/22
person [2]   10/2 39/12
personal [2]   33/15 34/6
PHILLIP [3]   2/7 40/13 40/13
physically [1]   21/21
pick [2]   23/13 24/25
picking [2]   23/10 24/22
place [2]   27/22 37/14
plan [2]   5/3 5/6
please [34]   7/12 12/3 14/2
  14/5 16/10 18/18 20/9 20/10
  20/19 20/24 20/25 21/9 21/10
  22/19 22/24 24/7 24/16 26/11
  26/15 26/23 27/10 28/6 28/9
  28/14 30/14 30/25 31/4 31/10
  31/18 34/21 34/22 37/14
  37/21 38/15
pocket [1]   6/7

point [3]   9/14 14/14 15/1
police [3]   8/20 27/20 27/23
polled [1]   34/17
portions [1]   41/6
position [2]   9/22 9/23
preparation [1]   41/13
presence [5]   4/22 19/4 19/5
  27/20 29/5
present [8]   4/3 4/8 11/21
  20/22 21/21 22/16 24/15 31/3
presentation [1]   40/11
Presiding [1]   1/21
pressure [1]   23/23
previously [1]   36/17
probability [1]   32/13
probably [1]   14/18
problem [2]   15/8 25/4
proceed [2]   7/9 30/18
proceedings [8]   1/10 1/19
  1/23 3/2 3/5 4/1 41/6 41/10
process [1]   36/12
produced [1]   1/24
professional [1]   40/10
pronounce [1]   39/2
provided [1]   40/5
provisions [1]   39/16
provocation [1]   32/25
Pruitt [1]   14/12
pull [2]   13/17 13/23
punishment [1]   39/7
purposes [1]   28/2
put [3]   7/6 14/20 21/4

## Q

quarter [1]   6/6
question [1]   15/13
questions [1]   36/25
quick [1]   15/5
quote [5]   6/24 6/25 18/12
  19/15 19/18

## R

radio [1]   21/25
rang [1]   10/24
rather [1]   33/18
Raven [1]   35/12
reach [5]   6/17 7/20 7/23 8/3
  8/4
reached [1]   30/18
read [5]   19/3 21/24 23/2
  25/21 28/21
reads [6]   12/1 21/8 23/7
  24/20 26/22 30/17
ready [5]   11/6 24/8 30/18
  30/20 38/18
real [1]   15/4
reason [1]   29/11
reasonable [7]   32/1 32/4 32/7
  32/12 32/17 32/22 33/2
reasonably [2]   24/2 25/13
reasons [2]   7/21 7/25
receipt [1]   39/19
receive [2]   8/8 39/12
received [1]   36/3
recess [13]   5/22 14/1 14/3
  19/25 22/12 22/18 22/21
  26/17 26/20 26/24 28/14
  38/13 38/14
recollection [1]   5/24
record [27]   1/1 1/24 4/6
  4/11 4/17 4/18 6/20 7/8 7/13

7/18 9/21 11/24 13/1 13/18
  14/7 14/21 19/11 22/13 22/15
  22/22 22/25 26/12 40/7 40/8
  41/7 41/10 41/13
records [2]   13/8 19/23
refer [2]   13/1 18/7
referring [1]   12/25
reflect [7]   4/6 4/11 4/18
  11/24 14/7 19/11 26/12
reflects [1]   41/11
refuse [1]   36/19
reiterate [1]   28/23
relations [1]   8/21
relative [1]   23/1
released [2]   29/4 36/16
remain [6]   14/2 19/24 22/17
  22/20 26/16 38/12
remanded [1]   39/22
remember [5]   5/14 13/2 20/15
  21/16 21/19 22/7 26/5
removal [2]   9/15 9/18
remove [2]   9/1 9/2
removed [2]   27/23 29/6
replace [1]   9/2
reported [2]   1/23 41/8
Reporter [2]   41/4 41/22
REPORTER'S [6]   1/1 1/24 3/10
  41/7 41/10 41/13
request [2]   17/12 28/21
requested [1]   41/6
reset [1]   25/19
resolve [3]   24/3 25/13 25/14
respective [1]   41/11
respond [3]   14/19 15/7 20/13
responded [1]   26/14
response [7]   12/9 19/14
  21/12 26/13 27/4 28/18 32/24
responsibilities [1]   37/6
responsibility [2]   25/10 39/2
result [1]   32/5
retire [1]   4/25
return [2]   34/9 37/14
returned [1]   38/23
reurge [1]   8/22
review [2]   12/3 16/11
reviewed [1]   19/12
Richnow [1]   35/8
right [25]   4/4 9/6 9/20
  10/17 15/17 18/18 19/1 19/8
  19/10 19/24 20/5 20/16 24/12
  25/8 26/3 27/8 28/5 29/24
  30/20 30/24 34/19 36/7 37/2
  38/12 38/22
rise [3]   22/10 26/8 37/19
RM [1]   23/9
Robert [1]   35/6
Roberts [1]   35/4
room [7]   10/4 21/22 37/14
  37/15 37/16 37/18 37/22
rule [1]   29/8

## S

S.O [1]   12/22
said [10]   5/12 5/18 6/16
  6/19 10/7 10/22 10/24 11/5
  11/6 39/14
same [3]   20/15 25/20 34/11
sat [1]   4/21
say [9]   6/16 7/6 7/14 9/6
  10/22 15/20 17/12 18/1 23/19
says [5]   12/6 16/7 16/10

**S**

says... [2]   23/15 24/25
SBOT [4]   2/2 2/3 2/7 2/11
SCARDINO [5]   2/7 6/7 7/9
  40/13 40/13
schedule [1]   37/5
seated [19]   8/15 8/16 9/17
  9/17 14/2 19/24 20/25 22/17
  22/20 24/16 26/11 26/16 31/4
  31/17 34/15 37/21 38/12
  38/15 40/2
second [3]   10/18 28/8 29/11
seconds [1]   5/21
see [4]   15/4 29/11 37/8
  41/13
seen [1]   30/7
semantics [1]   17/3
send [2]   8/1 30/5
sensitive [1]   15/13
sent [9]   11/17 11/25 20/7
  22/14 23/3 23/6 26/21 28/12
  30/15
sentence [7]   7/24 8/8 33/17
  33/18 37/24 39/3 39/24
Sentencing [2]   3/9 38/21
sequestration [4]   5/1 5/7
  21/17 25/21
serve [1]   37/7
service [2]   36/12 36/15
set [1]   4/12
sets [1]   5/19
Seven [2]   30/16 35/12
several [2]   4/16 36/11
shall [4]   33/9 33/20 39/8
  39/14
she [2]   23/10 24/22
sheet [10]   12/4 12/10 12/22
  13/24 16/11 18/6 18/7 18/13
  18/13 19/16
Sheriff [1]   39/9
sheriff's [1]   39/22
Shirley [1]   35/10
shortly [2]   21/13 37/23
should [4]   8/6 8/7 8/8 34/7
show [5]   7/2 16/15 16/17
shows [3]   16/14 16/14 17/14
shut [1]   5/3
side [4]   34/16 36/4 36/24
  38/4
sides [4]   22/16 24/8 30/20
  38/18
sign [3]   7/7 26/2 34/7
Signed [14]   18/16 19/19
  21/10 23/16 25/1 26/25 27/9
  28/16 28/19 32/9 32/19 33/4
  34/3 34/13
similar [2]   25/6 26/1
single [3]   17/21 17/23 18/4
sir [11]   6/23 10/8 10/11
  11/13 20/1 20/4 21/5 24/9
  30/22 38/19 39/25
Six [3]   26/22 28/13 35/10
so [29]   5/4 5/4 5/25 6/6
  6/15 6/17 6/20 7/8 8/22 9/1
  9/10 9/21 12/13 12/17 13/9
  14/18 15/2 19/6 21/12 21/15
  22/3 22/4 22/6 22/7 22/17
  24/5 25/18 26/4 33/24
society [1]   32/15
some [9]   6/18 8/21 9/9 16/14

  17/22 23/1 23/20 27/25 37/3
something [11]   5/14 5/15 5/17
  6/2 6/3 6/4 6/5 6/18 7/6
  12/6 17/13
sometimes [1]   36/23
somewhere [1]   7/15
sorry [1]   14/24
sort [1]   21/23
speak [3]   38/4 38/5 38/9
special [17]   31/23 31/25
  32/8 32/11 32/18 32/21 33/3
  33/7 33/9 33/11 33/20 34/1
  34/10 38/24 38/24 38/25 39/1
spent [1]   36/10
stand [7]   9/10 14/1 22/17
  26/17 31/10 31/18 38/13
standard [2]   9/16 9/17
stands [1]   19/25
started [1]   36/12
state [18]   1/4 2/6 4/5 4/7
  4/23 5/1 7/8 9/7 11/23 18/23
  27/5 29/13 29/23 31/20 39/21
  40/9 41/1 41/4
stated [2]   7/17 10/4
stay [2]   5/15 38/10
stenotype [1]   1/23
Steve [3]   20/10 20/10 34/13
Steven [7]   12/7 21/10 32/9
  32/19 33/4 34/3 35/20
stood [1]   5/22
Street [1]   2/12
strikes [1]   8/15
struck [1]   8/18
styled [4]   11/25 14/10 23/7
  41/7
submitted [1]   34/11
such [2]   17/3 39/13
sufficient [2]   7/21 33/16
suggest [1]   37/10
Suite [2]   2/4 2/12
summarize [1]   17/11
summary [2]   17/25 18/5
sure [6]   14/22 15/6 23/10
  24/22 28/24 30/4
system [1]   37/9
systems [1]   37/9

**T**

table [1]   37/15
take [14]   16/22 19/21 20/13
  21/13 21/15 22/3 24/2 25/12
  27/21 29/7 29/14 29/25 37/4
  37/18
taken [1]   22/12
taking [1]   33/12
talk [11]   5/10 6/4 7/5 13/18
  13/25 14/25 21/20 22/19
  23/18 37/1 37/1
talking [3]   13/10 13/15
  21/19
talks [1]   15/14
Tammy [3]   41/4 41/20 41/21
TDC [1]   14/10
TDCJ [1]   14/11
Telephone [4]   2/5 2/9 2/13
  41/24
tell [5]   6/11 6/12 7/6 9/25
  10/2
ten [4]   26/23 27/2 33/23
  35/20
tendered [1]   14/8

Tenders [4]   28/10 30/12
  31/12 31/14
term [1]   31/22
testified [2]   12/23 13/11
TEXAS [21]   1/4 1/5 1/22 2/5
  2/6 2/9 2/13 4/5 11/23 12/15
  31/21 31/22 39/9 39/11 39/16
  39/21 41/1 41/5 41/21 41/23
  41/24
than [1]   33/18
thank [26]   7/11 9/20 11/8
  11/8 11/13 11/15 19/8 19/10
  22/9 24/12 26/6 26/25 27/8
  28/6 28/16 30/11 30/19 31/16
  36/7 36/9 37/12 38/7 38/11
  40/9 40/14 40/15
thankful [1]   36/15
that [137]
that's [17]   6/20 10/7 10/13
  11/7 12/24 15/1 15/1 15/11
  16/13 23/2 25/16 25/24 28/4
  29/15 36/20 37/2 40/11
their [6]   17/7 17/15 23/12
  23/12 24/23 27/25
them [39]   4/25 5/6 5/7 5/11
  5/20 6/4 7/3 7/4 7/16 7/17
  9/12 10/1 12/14 13/16 13/18
  13/19 13/19 14/18 15/9 16/22
  20/12 23/13 23/18 23/19
  23/20 23/24 24/25 26/15
  27/13 28/2 29/11 29/20 29/25
  30/24 37/1 37/1 38/5 38/5
  38/8
then [21]   5/11 6/10 10/10
  10/13 10/15 10/17 10/18 11/3
  12/5 12/7 13/19 13/22 13/23
  14/10 20/17 23/15 25/7 26/15
  27/16 33/9 37/23
there [19]   9/11 12/15 13/10
  14/13 16/19 17/3 17/19 17/22
  18/1 18/2 18/2 18/4 18/6
  18/7 19/15 22/2 24/6 32/12
  33/16
there's [11]   9/10 9/19 12/11
  12/18 12/25 13/20 15/21
  17/17 17/25 18/13 25/4
thereabouts [1]   22/2
these [2]   25/3 36/11
they [43]
they're [9]   5/16 7/20 8/3
  9/18 12/25 13/10 13/14 38/9
  38/10
they've [3]   7/22 13/9 13/9
thing [4]   9/21 13/11 15/12
  36/13
things [2]   4/16 27/21
think [6]   8/1 13/10 16/2
  18/3 24/25 37/7
this [67]
those [4]   7/21 7/25 16/5
  16/5
thought [3]   6/3 8/3 8/23
threat [1]   32/15
three [7]   12/1 18/22 19/12
  32/21 33/8 35/3 38/25
through [2]   8/2 12/22
time [24]   5/22 6/4 6/16 7/15
  7/22 7/25 8/11 8/15 10/20
  10/23 11/1 21/19 22/1 24/2
  24/5 25/13 28/21 34/20 36/9
  36/10 36/15 37/4 37/13 37/17

**T**

titled [1]  1/20
today [2]  25/16 25/17
today's [4]  4/6 12/7 19/20 20/6
told [10]  5/13 5/21 6/1 6/13 6/15 10/1 10/2 10/14 10/15 36/11
tolerant [1]  27/20
tomorrow [1]  25/20
Tomorrow's [1]  24/1
tonight [2]  23/11 24/22
too [1]  25/24
top [2]  11/25 21/4
total [1]  41/13
track [1]  17/15
transcription [2]  1/25 41/5
transported [1]  5/5
trial [5]  1/2 1/10 3/2 36/22 36/23
trial's [1]  36/23
trip [1]  13/13
trips [5]  12/24 13/4 13/7 14/16 16/6
true [2]  8/23 41/5
truly [1]  41/10
Turek [1]  35/18
TV [1]  21/24
two [7]  11/11 27/21 32/11 33/7 33/8 35/1 38/25

**U**

Uh [1]  17/1
Uh-huh [1]  17/1
unable [3]  7/20 7/22 8/4
unanimous [3]  7/20 8/5 8/6
unanimously [5]  32/6 32/16 33/1 33/22 33/25
under [2]  8/6 34/6
understanding [2]  4/12 4/13
unduly [1]  23/23
uniform [1]  27/23
uniformed [1]  29/5
unless [2]  33/22 33/23
unquote [1]  18/15
unreasonable [1]  32/24
until [5]  22/5 22/18 26/17 39/17 39/22
untoward [1]  7/1
up [9]  15/1 23/11 23/11 23/13 24/22 24/23 24/25 31/11 31/18
us [7]  10/5 12/3 16/10 26/1 29/15 34/11 36/10
used [2]  12/14 13/15

**V**

Valerie [1]  35/1
verdict [28]  3/8 5/15 5/16 6/5 6/17 7/21 7/23 8/3 8/4 8/6 23/12 23/21 23/23 24/23 25/19 25/23 30/6 30/18 31/8 31/19 34/5 34/8 34/9 34/11 34/21 36/2 38/23 39/7
version [1]  6/22
versus [3]  4/5 11/23 31/21
very [4]  11/9 22/9 36/9 36/9
violence [1]  32/14
VOL [1]  3/4
VOL/PAGE [1]  3/4

volume [4]  1/1 3/1 41/7 41/14
VOLUMES [1]  1/1

**W**

waive [2]  19/1 19/2
waives [1]  19/6
want [14]  7/6 14/24 17/4 23/9 23/24 25/25 29/13 29/18 29/20 29/25 36/9 38/4 38/9 40/9
wanted [2]  4/14 10/25
warrant [1]  33/17
was [43]
wasn't [2]  13/15 28/25
watch [1]  21/24
WAYNE [12]  1/6 2/10 2/14 4/5 11/23 14/10 14/12 31/21 32/2 32/13 32/23 39/5
we [53]
We'd [1]  27/21
we'll [8]  13/18 13/24 21/13 21/15 25/4 25/5 25/5 26/3
we're [14]  6/4 9/12 9/13 10/5 11/6 17/6 20/13 20/14 21/12 22/3 25/18 25/19 38/4 40/4
We've [1]  27/19
weeks [1]  36/11
Weiss [1]  35/10
well [9]  12/18 13/17 15/17 16/4 16/7 16/22 18/3 23/9 29/17
went [5]  5/10 5/25 6/4 9/25 10/19
were [5]  4/1 9/9 9/11 14/17 41/8
what [25]  4/20 5/20 6/13 6/19 7/1 7/18 9/6 9/25 10/1 10/2 10/7 10/21 10/22 10/25 11/7 12/24 13/10 13/19 17/4 29/18 29/20 29/25 30/1 32/4
what's [1]  15/2
whatever [3]  6/14 14/16 21/23
when [8]  7/2 9/25 21/20 21/21 23/3 28/3 28/25 36/11
where [1]  6/20
where's [1]  24/5
Whereupon [3]  5/8 5/18 5/22
whether [1]  9/18
which [4]  14/9 36/17 36/17 41/7
while [3]  10/5 20/14 37/10
who [4]  10/1 10/1 10/22 39/5
whose [1]  39/6
why [2]  10/19 37/8
will [12]  4/6 4/11 4/18 11/24 14/7 19/11 22/2 23/19 24/2 25/21 26/12 34/20
wish [1]  34/16
without [1]  29/7
WITNESS [1]  41/16
witnesses [1]  9/9
won't [1]  22/5
Woods [2]  12/22 13/11
WORD [1]  3/11
words [2]  6/18 9/25
work [3]  23/15 25/1 37/5
worst [1]  8/23

would [15]  8/18 8/24 9/11 13/1 19/21 24/6 26/4 29/10 31/10 32/5 32/14 32/14 36/12 36/13 36/14
write [2]  25/7 26/2
writing [2]  7/7 41/6
written [1]  12/7

**Y**

y'all [3]  4/17 6/19 11/5
y'all's [1]  19/4
Yeah [5]  13/5 15/2 15/14 17/17 17/25
yes [44]
yesterday [5]  4/12 4/20 7/14 21/16 25/21
yet [1]  29/8
you [118]
you'll [1]  25/12
you're [4]  21/20 27/22 36/25 37/1
you've [1]  7/17
your [40]  7/11 9/4 9/21 9/24 11/14 15/2 18/25 19/7 19/23 24/10 24/11 26/4 27/7 27/13 27/17 29/21 30/3 30/23 31/9 31/23 34/18 34/20 34/21 36/5 36/6 36/9 36/10 36/12 36/15 36/21 37/2 37/5 37/5 37/5 37/6 37/14 38/1 38/11 38/20 40/4